WEST CHICAGO R. CO. et al. v. CHICAGO CONSOLIDATED TRACTION CO. et al. (Circuit Court of Appeals, Seventh Circuit. July 30, 1907.) No. 1,368. Appeal from the Circuit Court of the United States for the Eastern Division of the Northern District of Illinois. Henry S. Robbins, for appel-

lants. Nathaniel C. Sears, Albert J. Hopkins, and Clarence A. Knight, for appellees.

PER CURIAM. Appeal dismissed. See 150 Fed. 612.